Leonard J. McDonald, Jr.
State Bar No. 014228

**TB  TIFFANY & BOSCO**
P.A.

THIRD FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-9240
TELEPHONE: (602) 255-6007
FACSIMILE:   (602) 255-0192

Attorneys for Defendant BAC Home Loans Servicing

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| MARVIN L. ROSE, LORETTA M. ROSE,<br><br>         Debtors, | No.  2:09-bk-16494-SSC |
| | ANSWER |
| MARVIN L. ROSE, LORETTA M. ROSE,<br><br>         Plaintiffs,<br><br>v.<br><br>BAC HOME LOANS SERVICING, L.P.,<br><br>         Defendants. | AP No. 2:09-ap-01630-SSC |

COMES NOW Defendant BAC Home Loans Servicing, L.P. ("BAC"), and for its answer to Plaintiffs' Complaint and in support thereof would respectfully show the Court as follows:

1. Defendant admits the allegations contained in Paragraph 1 of the Complaint.

2. Defendant admits the allegations contained in Paragraph 2 of the

Case 2:09-ap-01630-SSC    Doc 5    Filed 01/13/10    Entered 01/13/10 14:50:20    Desc
Main Document       Page 1 of 4

Complaint.

3.    Defendant admits the allegations contained in Paragraph 3 of the Complaint.

4.    Defendant admits the allegations contained in Paragraph 4 of the Complaint.

5.    Defendant admits the allegations contained in Paragraph 5 of the Complaint.

6.    Defendant admits the allegations contained in Paragraph 6 of the Complaint.

7.    Defendant admits the allegations contained in Paragraph 7 of the Complaint.

8.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 8 of the Complaint and therefore denies the same.

9.    Defendant admits the allegations contained in Paragraph 8 of the Complaint.

10.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 10 of the Complaint and therefore denies the same.

11.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 11 of the Complaint and therefore denies the same.

12.    No answer is required in response to this Paragraph 10 of Debtors' Complaint in that it does not set forth any facts, but instead, attempts to make a statement of law.  Respondent will defer to and rely upon the Court for a

1    determination of the legal principles applicable to the claims raised in this case.

2        13.    Defendant reserves the right to amend their Answer in order to assert

3    specific and/or affirmative defenses as discovery proceeds in this case.

4        14.    Defendant denies each and every allegation of the Complaint not

5    specifically admitted herein.

6        15.    Defendant has been forced to retain an attorney and incur legal

7    expenses causing Defendant to suffer damages in an amount to be proven at trial.

8        16.    Defendant is entitled to its costs of suit herein, including its reasonable

9    attorneys fees.

10       17.    Defendant reserves the right to amend their Answer at a later time to

11   assert any matter constituting an avoidance or affirmative defenses discovery shows

12   to be applicable.

13       WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiffs'

14   Complaint be dismissed in its entirety, that Defendant BAC be awarded its costs and

15   attorneys fees incurred herein, and that Defendant has such other and further relief, at

16   law or in equity, to which Defendant may show itself justly entitled.

17       RESPECTFULLY SUBMITTED this 12th day of January, 2010.

18                    TIFFANY & BOSCO, P.A.

19                    By: /s/ Leonard J. McDonald, Jr.
20                        Leonard J. McDonald, Jr.
                         Third Floor Camelback Esplanade II
21                       2525 East Camelback Road
                         Phoenix, Arizona 85016-9240
22                       *Attorneys for Defendant*

23

24

25

26

| | |
|---|---|
| 1 | ORIGINAL of the foregoing filed |
| | With the Clerk of the Court, |
| 2 | this 13th day of January, 2010. |
| 3 | And |
| 4 | |
| | COPY mailed this 13th day |
| 5 | of January, 2010, to: |
| 6 | |
| 7 | Joseph W. Charles, P.C. |
| | 5704 West Palmaire Ave. |
| 8 | P.O. Box 1737 |
| | Glendale, AZ 85311-1737 |
| 9 | *Attorney for Debtors* |
| 10 | |
| | _/s/ Paula D. Hillock |
| 11 | R:\WP\LJM\Bankruptcy\Medina, Daniel\Answer to AP Complaint5.doc |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |